UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL ROSIE LOPEZ TREVIZO,<br><br>Petitioner,<br><br>v.<br><br>DEAN BORDERS,<br><br>Respondent. | No. 1:16-cv-01845-DAD-SKO (HC)<br><br>**ORDER DIRECTING CLERK OF COURT TO AMEND CAPTION**<br><br>**(Doc. 48)** |

Petitioner, April Rosie Lopez Trevizo, is a state prisoner proceeding with counsel, on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 8, 2019, Petitioner filed a "Notice of Legal Name Change," in which she informs the court of her identity as a transgender woman and that her name has been changed from "Albert Trevizo" to "April Rosie Lopez Trevizo." (Doc. 48.) Plaintiff has submitted a copy of a name change decree from the Solano County Superior Court. The court will construe the Notice as a request to amend the docket to reflect Petitioner's name change.

The court will GRANT the request to amend the docket. The Clerk of the Court is ORDERED to update the docket to reflect Petitioner's name change.

1

IT IS SO ORDERED.

Dated: **March 12, 2019**         /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE